# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BORDEGARAY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA BARBARA, et al.<br><br>Defendants. | **CASE NO. 2:14-cv-08610-CAS-JPR**<br>[*Assigned to Hon. Christina A. Snyder, Courtroom 8D*]<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION OF VOLUNTARY DISMISSAL [F.R.C.P. 41]** |

**IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:**

Pursuant to Stipulation of the Parties by and through their respective counsel, the above captioned action is voluntarily dismissed with prejudice against all defendants pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party to bear their own costs and fees.

SO ORDERED.

**DATED:** June 26, 2017

_____
Honorable Christine Snyder
Judge of the Central District Court

**LAW OFFICE OF**
**MARK PACHOWICZ, APLC**
771 DAILY DR, STE 230
CAMARILLO, CA 93012
TEL (805) 987-4975

ORDER RE STIPULATION RE DISMISSAL

CASE NO.:
2:14-cv-08610-CAS-JPR